LATHAM & WATKINS LLP
Mark S. Mester (*pro hac vice*)
   mark.mester@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700

Matthew Rawlinson (SBN 231890)
   matt.rawlinson@lw.com
Arman Zahoory (SBN 306421)
   arman.zahoory@lw.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600

Melanie M. Blunschi (SBN 234264)
   melanie.blunschi@lw.com
Grant E. Strother (SBN 258506)
   grant.strother@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE PROCESSOR LITIGATION | Master Docket No. 5:18-CV-00147-EJD <br><br> **APPLE INC.'S STATEMENT OF RECENT DECISION** |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Apple Inc. ("Apple") respectfully submits this Statement of Recent Decision in connection with its pending motion to dismiss (Dkt. 96).

Attached as Exhibit A is a copy of the Ninth Circuit's recent decision in *Mahan Taleshpour, et al. v. Apple, Inc.*, No. 21-16282, 2022 WL 1577802 (9th Cir. May 19, 2022), which relates to Apple's arguments that Plaintiffs do not state a fraud-based claim because they do not allege an actionable omission. The Ninth Circuit issued its decision after Apple filed its reply brief in support of its motion to dismiss (Dkt. 102).

Dated: May 27, 2022

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Melanie M. Blunschi*
Melanie M. Blunschi (CA Bar No. 234264)
Grant E. Strother (CA Bar No. 258506)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
*melanie.blunschi@lw.com*
*grant.strother@lw.com*

Matthew Rawlinson (CA Bar No. 231890)
Arman Zahoory (CA Bar No. 306421)
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
*matt.rawlinson@lw.com*
*arman.zahoory@lw.com*

Mark S. Mester (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
*mark.mester@lw.com*

*Attorneys for Defendant Apple Inc.*